UNITED STATES FEDERAL DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Sandra K. Albright,

        Plaintiff,

v.

Carl W. Christensen, M.D., PhD., FASAM;
Carl W. Christensen, M.D., PLLC, d/b/a
Christensen Recovery Services.

        Defendants.

Case No: 2:20-cv-11453-LJM-DRG
Hon. Laurie J. Michelson
Magistrate David Grand

---

| | |
|---|---|
| EDWARD J. STECHSCHULTE (OH: 0085129) | JOHN J. RAMAR (P36410) |
| Kalniz, Iorio & Reardon, Co. L.P.A. | DOUGLAS I. DURFEE (P56156) |
| 5550 W. Central Avenue | Ramar & Paradiso, P.C. |
| Toledo, OH 43615 | 2151 Livernois, Suite 300 |
| Telephone: (419) 537-4821 | Troy, MI 48083 |
| Facsimile: (419) 535-7732 | Telephone: (313) 965-4524 |
| E-mail: estechschulte@ioriolegal.com | Facsimile: (248) 269-4018 |
| | E-mail: jramar@ramarparadiso.com |
| | ddurfee@ramarparadiso.com |

---

## **STIPULATED NOTICE OF DISMISSAL**

    **NOW COME THE PARTIES**, by and through their respective counsel, and per agreement of the parties do hereby stipulate to the dismissal of the above-matter, without prejudice, pursuant to Fed.R.Civ.Pro. 41(a)(1)(A)(ii).
    .

Stipulated:


*/s/ Edward J. Stechschulte*
EDWARD J. STECHSCHULTE (OH: 0085129)
*Attorney for Plaintiff*


*/s/ Douglas I. Durfee*

1

JOHN J. RAMAR (P36410)
DOUGLAS I. DURFEE (P56156)
*Attorneys for Defendants*