UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SANDRA ALBRIGHT,

              Plaintiff,

v.

CARL CHRISTENSEN, MD, *et al.*,

              Defendants.
_____/

Civil Action No. 20-11453

David R. Grand
United States Magistrate Judge

### ORDER OF DISMISSAL

On December 22, 2022, the parties filed a Stipulated Notice of Dismissal, informing the Court that they had stipulated to the dismissal of the above-captioned matter, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The case therefore will be dismissed.

Accordingly, **IT IS ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** and without costs to any party. This Order resolves the last pending claim between the parties and closes this case.

    **SO ORDERED.**

Dated: December 27, 2022           s/David R. Grand
                                               DAVID R. GRAND
                                               UNITED STATES MAGISTRATE JUDGE